[No. 48549-4-II. Division Two. June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT W. MCCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01257-1, Gerald T. Costello, J., entered December 3, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Johanson, JJ.

[No. 48907-4-II. Division Two. June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JASON WAYNE FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-1-00367-3, Brian P. Coughenour, J., entered April 5, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 49007-2-II. Division Two. June 13, 2017.]

VINCENT L. BADKIN, *Appellant*, v. SAMANTHA J. BADKIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-2-02049-0, Kevin D. Hull, J., entered March 28, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 31909-1-III. Division Three. June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TASHIA STUART, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50101-8, Cameron Mitchell, J., entered September 4, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.